COMPANY.　Error to the Superior Court of the State of Massachusetts.　April 14, 1919.　Dismissed, per stipulation.　*Mr. H. La Rue Brown, Mr. James J. McCarthy* and *Mr. Thomas C. O'Brien* for plaintiff in error.　*Mr. Lowell A. Mayberry* for defendant in error.

---

No. 302.　SANBORN-CUTTING COMPANY *v.* V. A. PAINE, AS TRUSTEE, ETC.　Appeal from the Circuit Court of Appeals for the Ninth Circuit.　April 14, 1919.　Dismissed with costs, on motion of counsel for appellant.　*Mr. George C. Fulton* for appellant.　*Mr. Harvey M. Friend* and *Mr. R. E. Robertson* for appellee.

---

No. 307.　ALAMEDA MINING COMPANY *v.* SUCCESS MINING COMPANY.　Error to the Supreme Court of the State of Idaho.　April 14, 1919.　Dismissed with costs, per stipulation.　*Mr. John P. Gray* for plaintiff in error.　*Mr. James F. Ailshie* for defendant in error.

---

No. 314.　GREAT NORTHERN RAILWAY COMPANY ET AL. *v.* MINNEAPOLIS CIVIC & COMMERCE ASSOCIATION ET AL.　Error to the Supreme Court of the State of Minnesota.　April 14, 1919.　Dismissed with costs, per stipulation.　*Mr. E. C. Lindley* for plaintiffs in error.　*Mr. Frank J. Morley* for defendants in error.

---

No. 982.　GEORGE J. WAGONER ET AL. *v.* CITY OF LA-GRANDE, OREGON, ET AL.　Error to the Supreme Court